COMMONWEALTH *vs.* CATHERINE MONAHAN.

Middlesex. January 25, 1898. — March 2, 1898.

Present: FIELD, C. J., ALLEN, KNOWLTON, LATHROP, & BARKER, JJ.

*Motion in Arrest of Judgment — Statute — " Before Verdict."*

Where every reason assigned in a motion in arrest of judgment relates to the sufficiency of the indictment, and not to the jurisdiction of the court, it should, under Pub. Sts. c. 214, § 27, be taken before verdict.

INDICTMENT, for the alleged bribery of a police officer. After verdict of guilty and before judgment the defendant moved in arrest of judgment, assigning various reasons therein. The Superior Court overruled the motion ; and the defendant appealed.

*H. N. Allen,* for the defendant.

*F. N. Wier,* District Attorney, for the Commonwealth.

LATHROP, J. The indictment in this case is under the Pub. Sts. c. 205, § 9, as amended by the St. of 1891, c. 349, § 1. Every reason assigned in the motion in arrest of judgment relates to the sufficiency of the indictment, and not to the jurisdiction of the court, and should have been taken before verdict. St. 1864, c. 250, § 3. Pub. Sts. c. 214, § 27. *Commonwealth* v. *McGovern,* 10 Allen, 193. *Commonwealth* v.

*Wright*, 12 Allen, 190.   *Commonwealth* v. *Norton*, 13 Allen, 550.   *Commonwealth* v. *Intoxicating Liquors*, 13 Allen, 561. *Commonwealth* v. *Hudson*, 97 Mass. 565.   *Commonwealth* v. *Eagan*, 103 Mass. 71.   *Commonwealth* v. *Galligan*, 113 Mass. 203.   *Commonwealth* v. *Fay*, 126 Mass. 235.   *Commonwealth* v. *Chiovaro*, 129 Mass. 489, 497.   *Commonwealth* v. *Kennedy*, 131 Mass. 584, 586.   *Commonwealth* v. *Brown*, 150 Mass. 334, 341. *Commonwealth* v. *Oakes*, 151 Mass. 394.   *Commonwealth* v. *Carney*, 153 Mass. 444.   *Commonwealth* v. *Melville*, 160 Mass. 307.   *Commonwealth* v. *Swain*, 160 Mass. 354.   *Lamagdelaine* v. *Tremblay*, 162 Mass. 339.                    *Judgment affirmed.*